UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALCHEMY-SPETEC LLC,

    Plaintiff,

v.                                         Case No: 2:19-cv-670-JLB-NPM

THE PUMP AND SPRAY COMPANY
CORPORATION and RYAN WENZEL,

    Defendants.

## ORDER

On May 13, 2021, the Magistrate Judge filed a Report and Recommendation ("R&R") recommending that Plaintiff's Motion for Clerk's Entry of Default Judgment Against Defendants the Pump and Spray Company Corporation and Ryan Wenzel (Doc. 42) be granted. (Doc. 45.) No objections have been filed.

A district judge may accept, reject, or modify the magistrate judge's R&R. 28 U.S.C. § 636(b)(1)(C). The factual findings in the R&R need not be reviewed de novo in the absence of an objection, but legal conclusions are always reviewed de novo. Id.; Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

After an independent review of the record—and noting that no objections have been filed—the Court agrees with the well-reasoned R&R.

Accordingly, it is **ORDERED:**

1. The Report and Recommendation (Doc. 45) is **ADOPTED** and made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Clerk's Entry of Default Judgment (Doc. 42) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter a default judgment against The Pump and Spray Company Corporation and Ryan Wenzel, jointly and severally, for a total amount of $82,700.46.

4. The Clerk is further **DIRECTED** to terminate any pending deadlines and motions and close the file.

**ORDERED** at Fort Myers, Florida, on June 2, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE